ROGER S. RAPHAEL, SB# 111946
E-Mail: raphael@lbbslaw.com
WILLIAM BURANICH, SB# 144650
E-Mail: buranich@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GANG CHEN, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BMW OF NORTH AMERICA, LLC, and DOE 1 through DOE 10, inclusive, <br><br>　　　　Defendants. | CASE NO. CV11-1668-DMR <br><br>**ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

## ORDER

IT IS ORDERED, based upon the stipulation of the parties that the deadline to complete mediation in this matter is continued from November 11, 2011 to January 11, 2012.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for November 16, 2011 is continued to February 1, 2012.  An updated joint Case Management Conference statement is due on January 25, 2012.

DATED: November  9 , 2001         By_____
　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the
　　　　　　　　　　　　　　　　　　　　United States District Court

4810-5013-7869.1                                                                 CV11-1668-DMR

ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION