ROGER S. RAPHAEL, SB# 111946
E-Mail: raphael@lbbslaw.com
WILLIAM BURANICH, SB# 144650
E-Mail: buranich@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GANG CHEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BMW OF NORTH AMERICA, LLC, AND DOES 1 THROUGH DOE 10, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. CV11 1668 DMR<br>Action Filed: April 6, 2011<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY COMPLETION DATE** |

　　　　Plaintiff GANG CHEN ("CHEN") and defendant BMW of NORTH AMERICA, LLC "(BMW NA") through their respective attorneys of record, hereby stipulate as follows:

　　　　WHEREAS, at the initial Case Management Conference the Court set a discovery completion date of December 27, 2011;

　　　　WHEREAS, although the parties have acted diligently in attempting to complete discovery, they have not be been successful;

　　　　WHEREAS, due to a personal family matter, counsel for BMW NA, William Buranich, was previously unavailable and counsel for plaintiff CHEN, Michael Devlin, has only recently been assigned to the file;

　　　　WHEREAS, the court has previously continued the mediation completion date to January 11, 2012, and the trial date is currently May 14, 2012;

4827-9232-5134.1

CV11 1668 DMR
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY COMPLETION DATE

WHEREAS, CHEN and BMW NA request that this Court continue the current discovery completion date March 1, 2012.

THEREFORE IT IS STIPULATED by and between CHEN and BMW NA that the deadline for completion of discovery is extended from December 27, 2011 to March 1, 2012.

This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

DATED: November 22, 2011        THE BICKEL LAW FIRM, INC.

By: /s/ Michael Devlin
Michael Devlin, Esq.
Attorneys for Plaintiff GANG CHEN

DATED: November 22, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ William P. Buranich
Roger S. Raphael, Esq.
William P. Buranich, Esq.
Attorneys for Defendant BMW OF NORTH AMERICA, LLC

### ORDER

IT IS ORDERED, based upon the stipulation of the parties that the deadline to complete discovery in this matter is continued from December 27, 2011 to March 1, 2012.

```
All other case management dates shall remain the same.
```

DATED: November 23, 2011        By_____
DONNA M. RYU
Magistrate Judge of the
United States District Court