1  ROGER S. RAPHAEL, SB# 111946
     E-Mail: raphael@lbbslaw.com
2  WILLIAM BURANICH, SB# 144650
     E-Mail: buranich@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| GANG CHEN, | CASE NO. CV11 1668 DMR |
|---|---|
| Plaintiff, | Action Filed:  April 6, 2011 |
| v. | **STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DATES AS MODIFIED** |
| BMW OF NORTH AMERICA, LLC, AND DOES 1 THROUGH DOE 10, INCLUSIVE, | |
| Defendants. | Trial date:  May 14, 2012 |

Plaintiff GANG CHEN ("CHEN") and defendant BMW of NORTH AMERICA, LLC "(BMW NA") through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, at the initial Case Management Conference the Court set various dates relating to expert disclosure, rebuttal expert disclosure and expert discovery completion;

WHEREAS, out of necessity the parties have previously obtained from the court an extension of the non-expert discovery cut-off until March 1, 2012;

WHEREAS, such order should have also addressed expert discovery dates to coincide with the new non-expert discovery date, allowing regular discovery to be completed before expert discovery commences;

WHEREAS, CHEN and BMW NA request that this Court continue the date for expert disclosures to March 1, 2012, the date for rebuttal expert disclosures to March 15, 2012 and the expert discovery completion date to March 29, 2012.

THEREFORE IT IS STIPULATED by and between CHEN and BMW NA that the deadlines associated with expert discovery are extended as follows: the date for expert disclosures will be March 1, 2012, the date for rebuttal expert disclosures will be March 15, 2012 and the expert discovery completion date will be March 29, 2012.

This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

DATED: December 15, 2011        THE BICKEL LAW FIRM, INC.

By:   /s/ Michael Devlin
      Michael Devlin, Esq.
      Attorneys for Plaintiff GANG CHEN

DATED: December 15, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ William P. Buranich
      Roger S. Raphael, Esq.
      William P. Buranich, Esq.
      Attorneys for Defendant BMW OF NORTH AMERICA, LLC

## **ORDER**

IT IS ORDERED, based upon the stipulation of the parties that the date for expert disclosures is extended from December 27, 2011 to March 1, 2012; the date for rebuttal expert disclosures is extended from January 10, 2012 to March 15, 2012; and the date for completion of expert discovery is extended from January 24, 2012 to March 29, 2012. <u>All non-discovery and non-mediation case management dates set in the court's July 18, 2011 Order (Docket No. 15) remain in effect.</u>

DATED: December 19, 2011        By_____
                                DONNA M. RYU
                                Magistrate Judge of the
                                United States District Court